FILED
January 25, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                       )                  Case No. 2:17-mj-00012-EFB
                 Plaintiff,       )
v.                                                      )
                                                      )                  ORDER FOR RELEASE OF
ELO WILLIE WADLEY,              )                  PERSON IN CUSTODY
                                                      )
                 Defendant.      )

TO:      UNITED STATES MARSHAL:

This is to authorize and direct you to release, ELO WILLIE WADLEY, Case No. 2:17-mj-00012-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

       ___     Release on Personal Recognizance

       _X_     Bail Posted in the Sum of: $60,000.00.

                _X_     Two Co-signed Unsecured Appearance Bonds in the amount of $10,000.00 and $50,000.00.

                ___     Secured Appearance Bond

                _X_     (Other) Conditions as stated on the record.

                _X_     (Other) The bond paperwork shall be filed by 2/1/2017.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  1/25/2017  at  2:15 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge